IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE GREEN PET SHOP ENTERPRISES, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | )    Civil Action No.: |
|     v. | )    1:21-CV-865 (BKS/DJS) |
| | ) |
| TZUMI INNOVATIONS, LLC, | )    **JURY DEMAND REQUESTED** |
| | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff The Green Pet Shop Enterprises, LLC, hereby voluntarily dismisses this action without prejudice.

Respectfully Submitted,

Dated: April 14, 2022      **CARLSON, GASKEY & OLDS, P.C.**

By: /s/ Steven Susser
Steven Susser
Carlson Gaskey & Olds, P.C.
400 W. Maple, Suite 350
Birmingham, Michigan  48009
Telephone:  (248) 988-8360
Email: ssusser@cgolaw.com

*Attorney for Plaintiff*